IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HILLARY A. KACIAN, | ) | Case No. 3:12-cv-102 |
| | ) | |
| Plaintiff, | ) | JUDGE KIM R. GIBSON |
| | ) | |
| v. | ) | |
| | ) | |
| MEGAN J. BRENNAN, *in her official* | ) | |
| *capacity as Postmaster General of the* | ) | |
| *United States Postal Service*, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

On March 17, 2017, a jury returned a verdict in favor of plaintiff Hillary A. Kacian on her claim against the Postmaster General of the United States Postal Service ("Postmaster General") for retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5(f). (*See* ECF No. 101.) The jury awarded Kacian $25,000.00 in compensatory damages. (*Id.*)

This leaves, among other things, the matter of backpay, which is an equitable remedy to be determined by the Court. *See Pollard v. E.I. du Pont de Nemours & Co.*, 532 U.S. 843, 849-50 (2001). Upon consideration of the evidence presented at trial—specifically Plaintiff's Exhibit 1, which is a loss-of-income calculation based on Kacian's W-2s and prepared by her counsel—the Court determines that Kacian is entitled to a backpay award of $70,060.86. Adding this amount to the compensatory award of $25,000.00 yields a total award of $95,060.86.

**WHEREFORE, NOW**, this 20th day of March 2017, upon a jury verdict having been returned in her favor and the Court having determined backpay damages, it is **HEREBY ORDERED** that judgment is entered in favor of Hillary A. Kacian and against the Postmaster General in the total amount of **$95,060.86**. Post-trial motions, including fee petitions, are to be filed in accordance with the Federal Rules of Civil Procedure (*see* Fed. R. Civ. P. 54(d)),

with the filing deadline to be calculated from the date of this order.

                BY THE COURT:

                */s/ Kim R. Gibson*

                **KIM R. GIBSON**
                **UNITED STATES DISTRICT JUDGE**